## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Joseph Cowan, a Deputy U.S. Marshal with the United States Marshals Service (USMS), being duly sworn, deposes and says:

1. I have been a Deputy U.S. Marshal with the USMS since June 2017.  My duties as a Deputy U.S. Marshal includes judicial security, prisoner transportation, fugitive investigations, and criminal investigations.  Through formal and on the job training, I have participated in numerous fugitive investigations that have involved escape, aiding and abetting, accessory after the fact and false statements, in violation of federal and state laws.  Accordingly, I am familiar with tactics fugitives use to avoid being arrested, and tactics other people use to intentionally prevent law enforcement officers from arresting fugitives in violation of title 18, United States Code.  As a Federal Agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

2. The information contained in this Affidavit is based on my personal participation in this investigation and from information provided to me by other law enforcement officers as well as investigative reports.  Since this Affidavit is being submitted for the limited purpose of establishing probable cause for the arrest of the defendant identified herein, I have not included every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish the requisite foundation for a probable cause finding that KEWAN MARQUIS SHADE committed a violation of 18 U.S.C. § 751(a).

3. On June 23, 2022, KEWAN MARQUIS SHADE was sentenced in U.S. District Court for the Western District of North Carolina upon conviction for Possession of a Firearm by a Convicted Felon, in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2), and was sentenced to the custody of the United States Bureau of Prisons for a term of 60 months.

KEWAN MARQUIS SHADE had a tentative release date of February 16, 2025. KEWAN

MARQUIS SHADE was designated to serve a portion of his sentence at Dismas Charities, Inc., a

community corrections facility located at 2318 Executive Street, Charlotte, NC, in the Western

District of North Carolina. On or about October 24, 2024, a transfer order for KEWAN

MARQUIS SHADE was executed for his transfer from FCI Manchester. KEWAN MARQUIS

SHADE arrived at Dismas Charities, Inc., Charlotte, NC on or about October 24, 2024. SHADE

was scheduled to be released from his sentence on February 16, 2025. Until January 28, 2025,

SHADE was to be living at Dismas Charities, Inc. and complying with their rules and regulations.


4. On January 28, 2025, SHADE was served a disciplinary incident report at 4:15PM. After being

served the report, SHANE returned to his dorm, packed his belongings and moved them to the

foyer. SHADE then exited the facility and returned shortly after in an unauthorized vehicle.

SHADE grabbed his belongings from the foyer and proceeded to the driver's side of the vehicle

and drove away from Dismas Charities. SHADE was last seen at 5:35 pm on January 28, 2025.

SHADE has been classified as an escaped federal offender since that time. SHADE'S

whereabouts are still unknown. The BOP was notified of SHADEs on January 28, 2025, at 5:36

pm.

# CONCLUSION

5. Based on the above facts and circumstances in this Affidavit, there is probable cause to believe that KEWAN MARQUIS SHADE, violated 18 U.S.C. § 751(a) in that he knowingly escaped from custody at the Dismas Charities Inc., an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Western District of North Carolina upon conviction for the commission of Possession of a Firearm by a Convicted Felon, in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

__/s Joseph Cowan_____
Joseph Cowan
Deputy United States Marshal
United States Marshals Service
Western District of North Carolina

*This affidavit was reviewed by AUSA Timothy Sielaff.*

In accordance with Rule 4.1(b)(2)(A), the Affiant attested under oath to the contents of this Affidavit, which was submitted to me by reliable electronic means, on this 14th day of February, 2025, at 2:47 PM

W. Carleton Metcalf
United States Magistrate Judge